**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 284 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOEL OREE, | : | |
| | : | |
| Petitioner | : | |

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.